## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

### Tampa Division

| | |
|---|---|
| **DAIMLER AG**<br>Mercedesstrasse 137<br>70327 Stuttgart<br>**GERMANY**<br><br>    *Plaintiff,*<br><br>v.<br><br><br>**O.E. WHEEL DISTRIBUTORS, LLC**<br>1916 72nd Drive East<br>Sarasota, FL 34243<br><br>**OE RACING LLC**<br>1916 72nd Drive East<br>Sarasota, FL 34243<br><br>**JAMES E. MOORE**<br>3969 Sawyer Road<br>Sarasota, FL 34233<br><br>    *and*<br><br>**LANCE BULLOCK**<br>1916 72nd Drive East<br>Sarasota, FL 34243,<br><br>    *Defendants.* | ) Civil Action No. _____<br>)<br>) **COMPLAINT**<br>)<br>)<br>)   **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### COMPLAINT

COMES NOW, Plaintiff Daimler AG ("Daimler"), to hereby file its Complaint for Damages and Declaratory Relief ("Complaint") against Defendants O.E. WHEEL DISTRIBUTORS, LLC, OE RACING LLC, JAMES E. MOORE, and LANCE BULLOCK, (collectively, "Defendants"), and states as follows:

## NATURE OF THE ACTION

1.      This is a civil action for trademark infringement, design patent infringement, false advertising, false designation of origin, false representation of fact, unfair competition, passing off and related claims under federal and Florida State law resulting from: (i) Defendants' use of various trademarks owned by Daimler in connection with the manufacture, offer for sale, sale and distribution of wheels which are not manufactured, authorized or sold by Daimler, and (ii) Defendants' reproduction, manufacture, offer for sale, sale and distribution of wheels which blatantly copy issued design patents in various distinctive and artistic wheel designs owned by Daimler.

2.      Daimler's claims arise under the United States Trademark Act (Lanham Act of 1946), 15 U.S.C. §§ 1051 *et seq.*, under the United States Patent Act, 35 U.S.C. §§ 1 *et seq.*, and under Florida state statutory and common law.  As a result of Defendants' acts complained of herein, Daimler seeks permanent injunctive relief and the recovery of actual damages, Defendants' profits, trebled damages, statutory damages, costs, attorneys' fees, and other relief as more fully set forth herein.

## PARTIES

3.      Plaintiff Daimler is a German corporation, having a principal place of business at Mercedesstrasse 137, 70327 Stuttgart, Germany.   Daimler is a worldwide designer and manufacturer of premier luxury passenger automotive vehicles and parts therefor, including wheels.   Daimler is the owner of the patents and trademarks described herein, which it administers for the benefit of Daimler's U.S. subsidiaries and non-exclusive licensees.

4.      Upon information and belief, Defendant O.E. Wheel Distributors, LLC is a Florida company with its principal place of business at 1916 72nd Drive East, Sarasota, Florida

34243.

5.      Upon information and belief, Defendant OE Racing LLC is a Florida company with its principal place of business at 1916 72nd Drive East, Sarasota, Florida 34243.

6.      Defendant James E. Moore is an individual who, upon information and belief, resides at 3969 Sawyer Road, Sarasota Florida 34233.  Upon information and belief, Defendant James E. Moore is the founder, registered agent, and sole member of O.E. Wheels Distributors, LLC, as well as a member and manager of OE Racing LLC, and has personally directed the activities alleged herein.

7.      Defendant Lance Bullock is an individual who, upon information and belief, resides at 1916 72nd Drive East, Sarasota, Florida 34243.  Upon information and belief, Defendant Lance Bullock is a member and manager of OE Racing LLC, and has personally directed the activities alleged herein.

8.      Defendants conduct or solicit business, or engage in a persistent course of conduct, and/or derive substantial revenue for goods used or consumed, or services rendered, in the State of Florida.

## JURISDICTION AND VENUE

9.      This action arises under the patent and trademark laws of the United States, 35 U.S.C. §§ 1 et seq. and 15 U.S.C. §§ 1051 et seq., respectively, and therefore this Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1331 (federal question) and § 1338 (patent and trademark infringement).  This Court has supplemental jurisdiction over the remaining claims pursuant to 28 U.S.C. §1367.

10.      This Court has personal jurisdiction over the Defendants as residents of the State of Florida who routinely conduct business within this jurisdiction.

11.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because Defendants are all residents of this Judicial District and, a substantial part of the events giving rise of the claims herein arose in this District.

## FACTUAL BACKGROUND

### Daimler and its Famous Brands and Products

12.     Daimler is a world-renowned designer and manufacturer of premier luxury passenger automotive vehicles and parts therefor, including wheels.   Daimler and/or its predecessors in interest have designed and manufactured vehicles since 1886, and since 1926, produced and sold worldwide, including in the United States through its wholly-owned United States subsidiaries, its vehicles and related parts under the distinctive Mercedes-Benz brand.  For almost 90 years, the Daimler Mercedes-Benz brand of vehicles has been and continues to be recognized worldwide, including in the United States.

13.     The Mercedes-Benz brand stands for supreme excellence in terms of products, technology and services.   In Fiscal Years 2013 and 2014 alone, Daimler's wholly owned subsidiaries sold 663,000 Mercedes Benz vehicles in the U.S.[1]   In 2015, Forbes ranked the Mercedes-Benz brand 24th among the world's most valuable brands.[2]

### Daimler's Trademarks

14.     Since at least as early as 1900, Daimler and/or its predecessors have continuously and extensively employed the word mark MERCEDES in connection with advertising and selling its luxury vehicles.   Since at least 1926, Daimler and/or its predecessors in interest have continuously and extensively employed the word mark MERCEDES-BENZ in connection with advertising and selling luxury vehicles and/or related goods or services.   Daimler and/or its

---

[1] https://www.daimler.com/ company/business-units/mercedes-benz-cars/
[2] http://www.forbes.com/companies/mercedes-benz/

predecessors in interest have also continuously and extensively employed one or more of the following marks displaying a three-point design in connection with advertising and selling Mercedes-Benz vehicles and/or related goods and services since at least 1909 (the three-point star designs) and 1926 (the three-point star design inside the wreath):

  

(All of the foregoing MERCEDES, MERCEDES-BENZ and three-point design marks collectively referred to as the "Mercedes-Benz Marks.")

15.     Daimler has protected its exclusive brand, innovative designs, and cutting-edge technologies through a broad range of intellectual property rights.  In particular, the Mercedes-Benz Marks are federally registered, as indicated below:

| Mark | U.S. Registration No. | Cl. 12 Description of Goods (relevant portions) |
|---|---|---|
| **MERCEDES-BENZ** <br><br> (Ex. 1) | 657,386 | Automobiles . . . and parts thereof. |
| **MERCEDES-BENZ GENUINEPARTS** <br><br> (Ex. 2) | 3,259,691 | Wheels |
| **MERCÉDÈS** <br><br> (Ex. 3) | 41,127 | Motor-Cars |

| Mark | U.S. Registration No. | Cl. 12 Description of Goods (relevant portions) |
|---|---|---|
|  (Ex. 4) | 285,557 | Automotive vehicles, parts of said vehicles including, . . . wheels |
|  (Ex. 5) | 3,614,891 | Motor vehicles, namely, automobiles, . . . and structural parts therefor; . . . automobile parts, namely, wheels . . . . |
|  (Ex. 6) | 4,423,458 | Land vehicles and their structural parts; . . . namely, automobiles, trucks, vans, sport utility vehicles . . . ; parts for vehicles . . . namely, . . . wheels . . . . . |

16.    In addition to the Mercedes-Benz Marks, for the past decade, Daimler has solely owned AMG, the world-famous high performance division of Mercedes-Benz, which has sold to customers under its AMG word mark and word-plus-design marks  (collectively, "the AMG Marks") since 1967.

17.    The AMG Marks are federally registered, and the specific appearance and goods/services registered for each AMG Mark are shown below:

| Mark | U.S. Registration No. | Cl. 12 Description of Goods (relevant portion) |
|---|---|---|
| **AMG** (Ex. 7) | 1,660,727 | Automobiles and structural parts therefor |
| ////AMG (Ex. 8) | 3,305,055 | Automobiles, passenger cars, and structural parts therefor |
| ////AMG (Ex. 9) | 1,807,353 | Automobiles and structural parts therefor |

18.     In addition to its widespread use and registration of the Mercedes-Benz and AMG Marks, Daimler owns federal trademark and service mark registrations across numerous categories of goods and services, including the following representative registrations, all of which include Class 12 goods:

| Mark | U.S. Registration No. | Cl. 12 Description of Goods (relevant portion) |
|---|---|---|
| **C-CLASS** (Ex. 10) | 2,712,292 | Automobiles |
| **GL** (Ex. 11) | 3,019,109 | Automobiles and their structural parts |
| **CLS-CLASS** (Ex. 12) | 2,699,216 | Automobiles and structural parts therefor |
| **CLS** (Ex. 13) | 2,529,332 | Automobiles and structural parts therefor |

| **Mark** | **U.S. Registration No.** | **Cl. 12 Description of Goods (relevant portion)** |
|:---:|:---:|---|
| **S-CLASS** (Ex. 14) | 2,716,842 | Automobiles |

19.     The federally registered and common law marks corresponding to the above-referenced registrations in Class 12, the AMG Marks, and the Mercedes-Benz Marks are hereinafter collectively referred to as the "DAIMLER Marks." True and correct copies of the federal registration certificates and any applicable renewals and/or records of assignment for the DAIMLER Marks are attached hereto as sub-parts of **Exhibits 1–14.**

20.     Daimler's use in commerce of the DAIMLER Marks started prior to any use thereof that may be claimed by Defendants.

21.     Pursuant to Section 7(b) of the Lanham Act, 15 U.S.C. § 1057(b), Daimler's federal registration certificates of the DAIMLER Marks are *prima facie* evidence of their validity.

22.     Pursuant to Section 15 of the Lanham Act, 15 U.S.C. § 1065, the mark "MERCEDES-BENZ" (U.S. Reg. No. 657,386) has become incontestable. A copy of the USPTO Trademark Status and Document Retrieval (TSDR) status page showing acknowledgment of Incontestability under Section 15 for U.S. Reg. No. 657,386 is attached hereto as **Exhibit 1d**.

23.     Pursuant to Section 15 of the Lanham Act, 15 U.S.C. § 1065, the mark "AMG" (U.S. Reg. No. 1,660,727) has become incontestable. A copy of the notice acknowledging the incontestability of U.S. Reg. No. 1,660,727 is attached hereto as **Exhibit 7d**.

24.     Pursuant to Section 15 of the Lanham Act, 15 U.S.C. § 1065, the mark consisting of AMG & Design (U.S. Reg. No. 1,807,353) has become incontestable. A copy of the USPTO

TSDR status page showing acknowledgment of Incontestability under Section 15 for U.S. Reg. No. 1,807,353 is attached hereto as **Exhibit 9d**.

25.     Pursuant to Section 15 of the Lanham Act, 15 U.S.C. § 1065, the marks "C-CLASS" (U.S. Reg. No. 2,712,292), and "S-CLASS" (U.S. Reg. No. 2,716,842) have become incontestable.   Copies of the notices acknowledging the incontestability of these marks are attached hereto as **Exhibits 10d and 14d**.

26.     Based on their incontestability, the federal registrations of the AMG & Design mark and the word marks for "MERCEDES-BENZ," "AMG," "C-CLASS," and "S-CLASS" are conclusive evidence of Daimler's exclusive rights to use them in commerce in connection with automobiles and parts thereof.

27.     To create and maintain goodwill among its customers, Daimler and its subsidiaries and/or licensees have taken substantial steps to assure that all authorized dealers and service providers using the DAIMLER Marks are of the highest quality.

28.     Daimler has expended millions of dollars in advertising across the United States in connection with the DAIMLER Marks.  As a result of Daimler's extensive use and promotion of the DAIMLER Marks, Daimler has established the DAIMLER Marks as famous and/or well-known distinctive marks among U.S. purchasers of automotive vehicles and wheels as well as among the general members of the U.S. public.

29.     The DAIMLER Marks became famous prior to any use thereof by Defendants.

30.     The DAIMLER Marks symbolize the goodwill of Daimler, and have become assets of incalculable value to Daimler.

31.     Daimler has never authorized or consented to Defendants' use of the DAIMLER Marks, or any confusingly similar marks by Defendants.  Further, Daimler has never authorized

Defendants to copy, manufacture, import, market, sell or distribute any products bearing the DAIMLER Marks.

**Daimler's Design Patents**

32.     Daimler also owns all rights, title and interest in the following U.S. Design patents:

| Example View Of The Claimed Design | Design Patent No. And Issue Date |
|---|---|
|  | D486,437 ("the 'D437 Patent") Issued Feb. 10, 2004 (Ex. 15) |
|  | D562,207 ("the 'D207 Patent") Issued Feb. 19, 2008 (Ex. 16) |

| Example View Of The Claimed Design | Design Patent No. And Issue Date |
|---|---|
|  | D582,330<br>("the 'D330 Patent")<br><br>Issued Dec. 9, 2008<br><br>(Ex. 17) |
|  | D635,904<br>("the 'D904 Patent")<br><br>Issued Apr. 12, 2011<br><br>(Ex. 18) |
|  | D542,726<br>("the 'D726 Patent")<br><br>Issued May 15, 2007<br><br>(Ex. 19) |

| Example View Of The Claimed Design | Design Patent No. And Issue Date |
|---|---|
| <br>FIG. 2 | D570,760<br>("the 'D760 Patent")<br><br>Issued June 10, 2008<br><br>(Ex. 20) |

33.     True and correct copies of the foregoing U.S. Design Patents (collectively the "DAIMLER Patents") are attached hereto as **Exhibits 15–20**.

34.     Daimler and/or its predecessors in interest have expended much effort and resources to create the original artistic and ornamental designs claimed in various the DAIMLER Patents.

35.     An assignment to Daimler of the 'D726 Patent, the 'D437 Patent, the 'D207 Patent, and the application that issued as the 'D760 Patent from its predecessor company, DaimlerChrysler AG, the original assignee, is recorded at Reel/Frame No. 20986/1.  Copies of the Abstracts of Title for the 'D726 Patent, the 'D437 Patent, the 'D207 Patent, and the 'D760 Patent are attached hereto as **Exhibits 21a–21d**, respectively.

36.     Pursuant to 35 U.S.C. § 282, the DAIMLER Patents and the claims therein, are each presumed valid.

37.     Through much effort and expense, Daimler and/or its predecessors in interest have created original artistic and ornamental designs claimed in the DAIMLER Patents.

38.     Following grant of each of the DAIMLER Patents, Daimler, its subsidiaries, and/or its licensees have continuously produced and sold wheels that embody the designs

claimed therein, either in conjunction with a complete vehicle or as a stand-alone product.

## Defendants' Wrongful and Infringing Conduct

39.     Defendants boast on their "About Us" page at their website at www.oewheelsllc.com: "OE Wheel Distributors, LLC is an industry leader in the design, engineering and manufacturing of replacement parts. Incorporated in 2000, our Distribution Operations are composed of 77,350 square feet of warehouse and office space in Southwest Florida, and possess an inventory base of 4.7 million."[3]

40.     An August 30, 2010 press release entitled "OE Wheel Distributors Expands Beyond eBay" (the "Press Release"), which describes the business modem of O.E. Wheel Distributors, LLC and its response to the 2009 downturn in the U.S. economy.   A copy of the Press Release is attached hereto as **Exhibit 22**.  The Press Release states:

> [James] Moore instituted two major changes at *O.E. Wheel, which stands for Original Equipment.* First, in a traditional phone and brick-and-mortar kind of way, he launched a wholesale division to sell the company's custom made products directly to small and mid-sized retailers in the U.S., Canada and Mexico ….

> Then, the company launched its first-ever Web site, https://www.oewheelsllc.com. Moore used a combination of in-house and outside employees and consultants to develop and build the site. "*We had to find something else," Moore says. "We had to find a way to make new money.*"
> . . . .
> [T]he unique designs, Moore says, is what draws people to pay several hundred dollars to upgrade a standard set of wheels or tires.  "We're the only ones who build that wheel," he says.

Ex. 22 (emphasis added).

41.     Defendants have operated and continue to operate the Internet website www.oewheelsllc.com, and the website www.oewholesale.com (collectively "OE Wheels Website"), through which Defendants advertise, offer for sale, and sell  automotive wheels made

---

[3]   http://www.oewheelsllc.com/About-Us

by Defendants.   Among the wheels advertised, offered, and/or sold through the OE Wheels

Website are the following (collectively the "OE Accused Products"):

a.   "19" Fits Mercedes Benz - CLS Class Wheels - Gunmetal Mach'd Face

19x9.5/19x8.5 SET, UPC# - 9486473" (the "19-CLS Wheel").  A printout of the

direct webpage through which the 19-CLS Wheel is advertised, offered for sale, and

sold (http://www.oewheelsllc.com/Wheels_3/Wheels-for-Mercedes-Benz/19-Fits-

Mercedes-Benz-CLS-Class-Wheels-Gunmetal-Machined-Face-19x9-5-19x8-5-

SET#.VZXj3 vlViko) is attached hereto as **Exhibit 23a** (visited on Jan. 23, 2016).

b.   "19" Fits Mercedes Benz - S Class Wheels - Gunmetal Mach'd Face 19x8.5 SET,

UPC# - 9486465" (the "19-S Class Wheel").  A printout of the direct webpage

through which the 19-S Class Wheel is advertised, offered for sale, and sold

(http://www.oewheels llc.com/Wheels_3/Wheels-for-Mercedes-Benz/19-Fits-

Mercedes-Benz-S-Class-Wheels -Gunmetal-Machined-Face-19x8-5-

SET#.VZXzvflViko) is attached hereto as **Exhibit 23b** (visited on Jan. 26, 2016).

c.   "17" Fits Mercedes – C Class Wheels – Silver 17x7.5 – SET, UPC# - 5353108" (the

"Silver 17-C Class Wheel").  A printout of the direct webpage through which the

Silver 17-C Class Wheel is advertised, offered for sale, and sold

(http://www.oewheelsllc. com/Wheels_3/Wheels-for-Mercedes-Benz/C-Class_3#.

VZWfTPlVhHw) is attached hereto as **Exhibit 23c** (visited on Jan. 26, 2016).

d.   "17" Fits Mercedes – C Class Wheels – Hyper Silver 17x7.5 – SET, UPC# -

5353109" (the "Hyper Silver 17-C Class Wheel").  A printout of the direct webpage

through which the Hyper Silver 17-C Class Wheel is advertised, offered for sale, and

sold (http://www.oewheelsllc.com/Wheels_3/Wheels-for-Mercedes-Benz/C-

Class_2#.VZ Wg5PlVhHw) is attached hereto as **Exhibit 23d** (visited on Jan. 26, 2016).

e. "17" Fits Mercedes – C Class Wheels – Chrome 17x7.5 – SET, UPC# - 5353106" (the "Chrome 17-C Class Wheel").  A printout of the direct webpage through which the Chrome 17-C Class Wheel is advertised, offered for sale, and sold (http://www.oewheels llc.com/Wheels_3/Wheels-for-Mercedes-Benz/C-Class#.VZWh-_IVhHw) is attached hereto as **Exhibit 23e** (visited on Jan. 26, 2016).

f. "18" Fits Mercedes Benz - Wheel - Silver 18x8 SET, UPC# - 9453310" (the "Silver 18x8 Wheel").  A printout of the direct webpage through which the Silver 18x8 Wheel is advertised, offered for sale, and sold (http://www.oewheelsllc.com/Wheels_3/ Wheels-for-Mercedes-Benz/18-Fits-Mercedes-Benz-Replica-Wheels-Silver-18x8-SET#.VZWkiflVhHw) is attached hereto as **Exhibit 23f** (visited on Jan. 26, 2016).

g. "18" Fits Mercedes Benz - Wheel - Silver 18x9/18x8 SET, UPC# - 9453270" (the "Silver 18x9 Wheel").  A printout of the direct webpage through which the Silver 18x9 Wheel is advertised, offered for sale, and sold (http://www.oewheelsllc.com/ Wheels_3/Wheels-for-Mercedes-Benz/Mercedes-Benz-Wheels-Silver#.VZWmd_IVh Hw) is attached hereto as **Exhibit 23g** (visited on Jan. 26, 2016).

h. "18" Fits Mercedes Benz - AMG Wheels - Gunmetal 18x8.5 SET, UPC# - 7165004" (the "First Gunmetal 8.5-AMG Wheel").  A printout of the direct webpage through which the First Gunmetal 8.5-AMG Wheel is advertised, offered for sale, and sold (http://www.oewheelsllc.com/Wheels_3/Wheels-for-Mercedes-

Benz/AMG_15#.VZWo 4_IVhHw) is attached hereto as **Exhibit 23h** (visited on Jan. 26, 2016).

i.  "18" Fits Mercedes Benz - AMG Wheels - Gunmetal 18x9.5/18x8.5 SET, UPC# - 9455997" (the "First Gunmetal 9.5-AMG Wheel").  A printout of the direct webpage through which the First Gunmetal 9.5-AMG Wheel is advertised, offered for sale, and sold (http://www.oewheelsllc.com/Wheels_3/Wheels-for-Mercedes-Benz/Mercedes-Benz-AMG-Wheels-Gunmetal_4#.VZWn9PlVhHw) is attached hereto as **Exhibit 23i** (visited on Jan. 26, 2016).

j.  "19" Fits Mercedes Benz - AMG Wheels - Gunmetal 19x9.5/19x8.5 SET, UPC # - 9455998" (the "Gunmetal 19-AMG Wheel").  A printout of the direct webpage through which the Gunmetal 19-AMG Wheel is advertised, offered for sale, and sold (http://www.oewheelsllc.com/Wheels_3/Wheels-for-Mercedes-Benz/AMG_18#VZWp Q_lVhHw) is attached hereto as **Exhibit 23j** (visited on Jan. 26, 2016).

k.  "17" Fits Mercedes Benz - AMG Wheels - Silver 17x7.5 SET, UPC# - 5353095" (the "Silver 7.5-AMG Wheel").  A printout of the direct webpage through which the Silver 7.5-AMG Wheel is advertised, offered for sale, and sold (http://www.oewheelsllc.com/ Wheels_3/Wheels-for-Mercedes-Benz/AMG-10-Spoke_2#.VZXBpPlViko) is attached hereto as **Exhibit 23k** (visited on Jan. 26, 2016).

l.  "18" Fits Mercedes Benz - AMG Wheels - Silver 18x9/18x8 SET, UPC# - 5353103" (the "Silver 9-AMG Wheel").  A printout of the direct webpage through which the Silver 9-AMG Wheel is advertised, offered for sale, and sold

(http://www.oewheelsllc.com/Wheels_3/Wheels-for-Mercedes-Benz/Mercedes-Benz-AMG-Wheel-Silver_11#.VZXDzflViko) is attached hereto as **Exhibit 23l** (visited on Jan. 26, 2016).

m.  "17" Fits Mercedes Benz - AMG Wheels - Chrome 17x7.5 SET, UPC# - 5353091" (the "Chrome 17-AMG Wheel").  A printout of the direct webpage through which the Chrome 17-AMG Wheel is advertised, offered for sale, and sold (http://www.oewheelsllc.com/Wheels_3/Wheels-for-Mercedes-Benz/AMG-10-Spoke#.VZXApPlViko) is attached hereto as **Exhibit 23m** (visited on Jan. 26, 2016).

n.  "18" Fits Mercedes Benz - AMG Wheels - Silver 18x8 SET, UPC# - 5353098" (the "Silver 8-AMG Wheel").  A printout of the direct webpage through which the Silver 8-AMG Wheel is advertised, offered for sale, and sold (http://www.oewheelsllc.com/Wheels_3/Wheels-for-Mercedes-Benz/AMG-10-Spoke_4#.VZXEzflViko) is attached hereto as **Exhibit 23n** (visited on Jan. 26, 2016).

o.  "18" Fits Mercedes Benz - AMG Wheels - Chrome 18x9/18x8 SET, UPC# - 8552427" (the "Chrome 9-AMG Wheel").  A printout of the direct webpage through which the Chrome 9-AMG Wheel is advertised, offered for sale, and sold (http://www.oewheelsllc.com/Wheels_3/Wheels-for-Mercedes-Benz-AMG-Wheels-Chrome#.VZXYUflViko) is attached hereto as **Exhibit 23o** (visited on Jan. 26, 2016).

p.  "18" Fits Mercedes Benz - S Class Wheel - Silver Mach'd Face 18x8, UPC# - 9490608" (the "18-S Class Wheel").  A printout of the direct webpage through which the 18-S Class Wheel is advertised, offered for sale, and sold (http://www.oewheelsllc.com/Wheels_3/Wheels-for-Mercedes-Benz/18-Fits-

Mercedes-Benz-S-Class-Wheels-Gunmetal-Machined-Face-19x8-5-19x8-5-

SET#.VZXZpPlViko) is attached hereto as **Exhibit 23p** (visited on Jan. 26, 2016).

q.   "18" Fits Mercedes Benz - Wheel - Chrome 18x8.5 SET, UPC# - 5353078" (the

"Chrome 18-Wheel").  A printout of the direct webpage through which the Chrome

18 Wheel is advertised, offered for sale, and sold

(http://www.oewheelsllc.com/Wheels_3/ Wheels-for-Mercedes-Benz/Brabus) is

attached hereto as **Exhibit 23q** (visited on Jan. 26, 2016).

r.   "18" Fits Mercedes Benz - Monoblock Wheels - Silver 18x8.5 SET, UPC# - 5353083

(the "Monoblock Wheel").  A printout of the direct webpage through which the

Monoblock Wheel is advertised, offered for sale, and sold (http://www.oewheels

llc.com/Wheels_3/Wheels-for-Mercedes-Benz/Brabus_2#.VZX dRPlViko) is

attached hereto as **Exhibit 23r** (visited on Jan. 26, 2016).

s.   "20" Fits Mercedes Benz - GL Wheel - Silver 20x8.5 SET, UPC# - 9457397" (the

"Silver GL Wheel").  A printout of the direct webpage through which the Silver GL

Wheel is advertised, offered for sale, and sold

(http://www.oewheelsllc.com/Wheels_3/ Wheels-for-Mercedes-Benz/20-Fits-

Mercedes-Benz-GL-Wheel-Silver-20x85_2#. VZXe5_lViko) is attached hereto as

**Exhibit 23s** (visited on Jan. 26, 2016).

t.   "18" Fits Mercedes Benz - E300 Wheels - Silver 18x8 SET, UPC# - 9457400" (the

"Silver E300 Wheel").  A printout of the direct webpage through which the Silver

E300 Wheel is advertised, offered for sale, and sold

(http://www.oewheelsllc.com/Wheels_3/ Wheels-for-Mercedes-Benz/18-Fits-

Mercedes-Benz-E300-Wheels-Silver-18x8-SET#. VZXf__lViko) is attached hereto as **Exhibit 23t** (visited on Jan. 26, 2016).

u.  "17" Fits Mercedes Benz - AMG Wheels - Gunmetal 17x7.5 SET, UPC# - 8552532" (the "First Gunmetal 17-AMG Wheel").  A printout of the direct webpage through which the First Gunmetal 17-AMG Wheel is advertised, offered for sale, and sold (http://www.oe wheelsllc.com/Wheels_3/Wheels-for-Mercedes-Benz/AMG#. VZXisflViko) is attached hereto as **Exhibit 23u** (visited on Jan. 26, 2016).

v.  "19" Fits Mercedes Benz - CLS Class Wheels - PVD Chrome 19x8.5 SET, UPC# - 9486468" (the "PVD 8.5-CLS Wheel").  A printout of the direct webpage through which the PVD 8.5-CLS Wheel is advertised, offered for sale, and sold (http://www.oe wheelsllc.com/Wheels_3/Wheels-for-Mercedes-Benz/19-Fits-Mercedes-Benz-CLS-Class-Wheels-Chrome-19x8-5-SET#.VZXlHPlViko) is attached hereto as **Exhibit 23v** (visited on Jan. 26, 2016).

w.  "19" Fits Mercedes Benz - CLS Class Wheels - PVD Chrome 19x9.5/19x8.5 SET, UPC# - 9486474" (the "PVD 9.5-CLS Wheel").  A printout of the direct webpage through which the PVD 9.5-CLS Wheel is advertised, offered for sale, and sold (http://www.oewheelsllc.com/Wheels_3/Wheels-for-Mercedes-Benz/19-Fits-Mercedes-Benz-CLS-Class-Wheels-Chrome-19x9-5-19x8-5-SET#.VZXl2PlViko) is attached hereto as **Exhibit 23w**(visited on Jan. 26, 2016).

x.  "17" Fits Mercedes Benz - AMG Wheel - Black 17x7.5 SET, UPC# - 9453381" (the "Black 17-AMG Wheel").  A printout of the direct webpage through which the Black 17-AMG Wheel is advertised, offered for sale, and sold (http://www.oewheelsllc.com/ Wheels_3/Wheels-for-Mercedes-Benz/17-Fits-

Mercedes-Benz-AMG-Style-Wheel-Machined-Black-17x7-5-SET#.VZXm0flViko) is attached hereto as **Exhibit 23x** (visited on Jan. 26, 2016).

y.  "17" Fits Mercedes Benz - AMG Wheels - Silver 17x8 SET, UPC# - 8552695" (the "Silver 17-AMG Wheel").  A printout of the direct webpage through which the Silver 17-AMG Wheel is advertised, offered for sale, and sold (http://www.oewheelsllc.com/ Wheels_3/Wheels-for-Mercedes-Benz/AMG_9) is attached hereto as **Exhibit 23y** (visited on Jan. 26, 2016).

z.  "18" Fits Mercedes Benz - AMG Wheels - Silver 18x8.5 SET, UPC# - 8553697" (the "Silver 8.5-AMG Wheel").  A printout of the direct webpage through which the Silver 8.5-AMG Wheel is advertised, offered for sale, and sold (http://www.oewheelsllc.com/ Wheels_3/Wheels-for-Mercedes-Benz/AMG_13#.VZXxQflVikp) is attached hereto as **Exhibit 23z** (visited on Jan. 26, 2016).

aa. "18" Fits Mercedes Benz - AMG Wheels - Silver 18x9.5/18x8.5 SET, UPC# - 5650786" (the "Silver 9.5-AMG Wheel").  A printout of the direct webpage through which the Silver 9.5-AMG Wheel is advertised, offered for sale, and sold (http://www. oewheelsllc.com/Wheels_3/Wheels-for-Mercedes-Benz/Mercedes-Benz-AMG-Wheel-Silver_13#.VZXwYvlViko) is attached hereto as **Exhibit 23aa** (visited on Jan. 26, 2016).

bb. "17" Fits Mercedes Benz - AMG Wheels - Gunmetal 17x8 SET, UPC# - 5678904" (the "Second Gunmetal 17-AMG Wheel").  A printout of the direct webpage through which the Second Gunmetal 17-AMG Wheel is advertised, offered for sale, and sold (http://www.oe wheelsllc.com/Wheels_3/Wheels-for-Mercedes-

Benz/AMG_8#.VZa95 PlVhHw) is attached hereto as **Exhibit 23bb** (visited on Jan. 26, 2016).

cc. "18" Fits Mercedes Benz - AMG Wheels - Gunmetal 18x9.5/18x8.5 SET, UPC# - 5623644" (the "Second Gunmetal 9.5-AMG Wheel").  A printout of the direct webpage through which the Second Gunmetal 9.5-AMG Wheel is advertised, offered for sale, and sold (http://www.oewheelsllc.com/Wheels_3/Wheels-for-Mercedes-Benz/ Mercedes-Benz-AMG-Wheels-Gunmetal_2#.VZa_E_IVhHw) is attached hereto as **Exhibit 23cc** (visited on Jan. 26, 2016).

dd. "18" Fits Mercedes Benz - AMG Wheels - Gunmetal 18x8.5 SET, UPC# - 5939692" (the "Second Gunmetal 8.5-AMG Wheel").  A printout of the direct webpage through which the Second Gunmetal 8.5-AMG Wheel is advertised, offered for sale, and sold (http://www.oewheelsllc.com/Wheels_3/Wheels-for-Mercedes-Benz/AMG_14#.VZ bAJPlVhHw) is attached hereto as **Exhibit 23dd** (visited on Jan. 26, 2016).

ee. "18" Fits Mercedes Benz - AMG Wheels - Gunmetal 18x8.5 SET, UPC# - 8553689" (the "Third Gunmetal 8.5-AMG Wheel").  A printout of the direct webpage through which the Third Gunmetal 8.5-AMG Wheel is advertised, offered for sale, and sold (http://www.oewheelsllc.com/Wheels_3/Wheels-for-Mercedes-Benz/AMG_12#.VZb CtflVhHx) is attached hereto as **Exhibit 23ee** (visited on Jan. 26, 2016).

ff. "18" Fits Mercedes Benz - AMG Wheels - Gunmetal 18x9.5/18x8.5 SET, UPC# - 5939694" (the "Third Gunmetal 9.5-AMG Wheel").  A printout of the direct webpage through which the Third Gunmetal 9.5-AMG Wheel is advertised, offered for sale, and sold (http://www.oewheelsllc.com/Wheels_3/Wheels-for-Mercedes-

Benz/Mercedes-Benz-AMG-Wheels-Gunmetal_3#.VZbC6_lVhHx) is attached hereto

as **Exhibit 23ff** (visited on Jan. 26, 2016).

gg. "18" Fits Mercedes Benz - AMG Wheels - Gunmetal 18x9.5/18x8.5 SET, UPC# -

5939693" (the "Fourth Gunmetal 9.5-AMG Wheel").  A printout of the direct

webpage through which the Fourth Gunmetal 9.5-AMG Wheel is advertised, offered

for sale, and sold (http://www.oewheelsllc.com/Wheels_3/Wheels-for-Mercedes-

Benz/Mercedes-Benz-AMG-Wheels-Gunmetal#.VZbEIflVhHw) is attached hereto as

**Exhibit 23gg** (visited on Jan. 26, 2016).

hh. "18" Fits Mercedes Benz - AMG Wheels - Gunmetal 18x9.5/18x8.5 SET, UPC# -

9457396" (the "Fifth Gunmetal 9.5-AMG Wheel").  A printout of the direct webpage

through which the Fifth Gunmetal 9.5-AMG Wheel is advertised, offered for sale,

and sold (http://www.oewheelsllc.com/Wheels_3/Wheels-for-Mercedes-

Benz/Mercedes-Benz-AMG-Wheels-Gunmetal_5) is attached hereto as **Exhibit 23hh**

(visited on Jan. 26, 2016).

ii. "19" Fits Mercedes Benz - S Class Wheels - Gunmetal Mach'd Face 19x9.5/19x8.5

SET, UPC# - 9486471" (the "Gunmetal 9.5-S Class Wheel").  A printout of the direct

webpage through which the Gunmetal 9.5-S Class Wheel is advertised, offered for

sale, and sold (http://www.oewheelsllc.com/Wheels_3/Wheels-for-Mercedes-

Benz/19-Fits-Mercedes-Benz-S-Class-Wheels-Gunmetal-Machined-Face-19x9-5-

19x8-5-SET#.VZX2VvlVikp) is attached hereto as **Exhibit 23ii** (visited on Jan. 26,

2016).

jj. "19" Fits Mercedes Benz - S Class Wheels - PVD Chrome 19x8.5 SET, UPC# -

9486466" (the "PVD 19-S Class Wheel").  A printout of the direct webpage through

which the PVD 19-S Class Wheel is advertised, offered for sale, and sold

(http://www.oewheelsllc.com/Wheels_3/Wheels-for-Mercedes-Benz/19-Fits-

Mercedes-Benz-S-Class-Wheels-Chrome-19x8-5-SET#.VZX1TflViko) is attached

hereto as **Exhibit 23jj** (visited on Jan. 26, 2016).

kk. "19" Fits Mercedes Benz - S Class Wheels - PVD Chrome 19x9.5/19x8.5 SET, UPC#

- 9486472" (the "PVD 9.5 S-Class Wheel").  A printout of the direct webpage

through which the PVD 9.5-S Class Wheel is advertised, offered for sale, and sold

(http://www.oewheelsllc.com/Wheels_3/Wheels-for-Mercedes-Benz/19-Fits-

Mercedes-Benz-S-Class-Wheels-Chrome-19x9-5-19x8-5-SET#.VZX3GflViko) is

attached hereto as **Exhibit 23kk** (visited on Jan. 26, 2016).

42.      The direct webpages of the OE Wheels Website listings for the 19-CLS Wheel and

the PVD 9.5-CLS Wheel each advise to customers that a "Quantity of 1 adds a Staggered Set of

Mercedes Benz CLS Class Style Replica Wheels to your shopping cart."  (*See* Exs. 23a and 23w.)

43.      The direct webpage of the OE Wheels Website listing for the 19-S Class Wheel

advises to customers that a "Quantity of 1 adds a Set of 4 Mercedes Benz - S Class Style Replica

Wheels to your shopping cart."  (*See* Ex. 23b.)

44.      The direct webpages of the OE Wheels Website listings for the Silver 17-C Class

Wheel, the Hyper Silver 17-C Class Wheel, and the Chrome 17-C Class Wheel each advise to

customers that a "Quantity of 1 adds a Set of Mercedes Benz C Class Style Replica Wheels to

your shopping cart."  (*See* Exs. 23c - 23e.)

45.      The direct webpage of the OE Wheels Website listing for the Silver 18x8 Wheel

advises to customers that a "Quantity of 1 adds a Set of Mercedes Benz Car 162 Style Replica

Wheels to your shopping cart."  (*See* Ex. 23f.)

46.     The direct webpage of the OE Wheels Website listing for the Silver 18x9 Wheel advises to customers that a "Quantity of 1 adds a Staggered Set of Mercedes Benz Style Replica Wheels to your shopping cart." (*See* Ex. 23g.)

47.     The direct webpages of the OE Wheels Website listing for the First Gunmetal 8.5-AMG Wheel, the Silver 7.5-AMG Wheel, the Chrome 17-AMG Wheel, the Silver 8-AMG Wheel, the First and Second Gunmetal 17-AMG Wheel, the Black 17-AMG Wheel, the Silver 17-AMG Wheel, the Silver 8.5-AMG Wheel, and the Third Gunmetal 8.5-AMG Wheel each advises to customers that a "Quantity of 1 adds a Set of 4 Mercedes Benz AMG Style Replica Wheels to your shopping cart." (*See* Exs. 23h, 23k, 23m, 23n, 23u, 23x–23z, 23bb and 23ee.)

48.     The direct webpages of the OE Wheels Website listings for the First through Fifth Gunmetal 9.5-AMG Wheels, the Gunmetal 19-AMG Wheel, the Silver 9-AMG Wheel, the Chrome 9-AMG Wheel, the Silver 9.5-AMG Wheel, and the Second Gunmetal 8.5-AMG Wheel each advises to customers that a "Quantity of 1 adds a Staggered Set of Mercedes Benz AMG Style Replica Wheels to your shopping cart." (*See* Exs. 23i, 23j, 23l, 23o, 23aa, 23cc, 23dd and 23ff - 23hh.)

49.     The direct webpage of the OE Wheels Website listing for the 18-S Class Wheel advisees to customers that a "Quantity of 1 adds a Set of 4 Mercedes Benz S Class Style Replica Wheels to your shopping cart." (*See* Ex. 23p.)

50.     The direct webpage of the OE Wheels Website listing for the Chrome 18-Wheel advises to customers that a "Quantity of 1 adds a Set of 4 Mercedes Benz Brabus Style Replica Wheels to your shopping cart." (*See* Ex. 23q.)

51.     The direct webpages of the OE Wheels Website listings for the Monoblock Wheel, the Silver GL Wheel, and the Silver E300 Wheel each advise to customers that a "Quantity of 1

adds a Set of 4 Mercedes Benz Style Replica Wheels to your shopping cart." (*See* Exs. 23r - 23t.)

52.     The direct webpage of the OE Wheels Website listing for the PVD 8.5-CLS Wheel advises to customers that a "Quantity of 1 adds a Set of 4 Mercedes Benz CLS Class Style Replica Wheels to your shopping cart." (*See* Ex. 23v.)

53.     The direct webpages of the OE Wheels Website listings for the Gunmetal 9.5-S Class Wheel, the PVD 19-S Class Wheel, and the PVD 9.5-S Class Wheel each advise to customers that a "Quantity of 1 adds a Staggered Set of Mercedes Benz S Class Style Replica Wheels to your shopping cart." (*See* Exs. 23ii - 23kk.)

54.     Defendants have also offered for sale and sold, and continue to offer and sell, automotive wheels, including the OE Accused Products, through listings on eBay (www.ebay.com) under the seller names of "oewheelsllc" and "wheel1x." For example, Defendants have advertised, offered for sale, and/or sold the 19-CLS Wheel through the following eBay listings:

a.     A "19" CLS Class Style Wheel Gunmetal Machined Face 19x9.5 Rim Fits Mercedes Benz" sold by "oewheelsllc" through January 18, 2016, a printout of which (http://www.ebay.com/itm/19-CLS-Class-Style-Wheel-Gunmetal-Machined-Face-19x9-5-Rim-Fits-Mercedes-Benz-/391238065062?hash= item5b179b1ba6) is attached hereto as **Exhibit 24a** (visited Jan. 26, 2016).

b.     A "19" Fits Mercedes Benz CLS Class Style Wheel Gunmetal Machined Face 19x9.5 W1x" sold by "wheel1x" through January 18, 2016, a printout of which (http://www.ebay.com/itm/19-Fits-Mercedes-Benz-CLS-Class-Style-Wheel-Gunmetal-Machined-Face-19x9-5-W1x-/301262973460) is attached hereto as **Exhibit 24b** (visited Jan. 26, 2016).

55.     On August 26, 2015, Daimler's investigator purchased four of the 19-CLS Wheels from the seller oewheelsllc through the corresponding eBay listing (*see* Ex. 24a), totaling $625.00.  On August 28, 2015, Daimler's investigator purchased a set of four 19-S Class Wheels through the corresponding page of the OE Wheels Website (*see* Ex. 24b) for a total price of $577.00.  As shown in the documentation of these purchases and the corresponding deliveries, attached hereto as **Exhibit 25**, the four 19-CLS Wheels purchased from eBay and the set of four 19-S Class Wheels purchased from OE Wheels Website (collectively the "Purchased Products") were all shipped from OE Wheel Distributors, 1916 72nd Drive East, Sarasota, FL 34243.

56.     The purchased four 19-CLS Wheels and the set of four 19-S Class Wheels were all inspected and confirmed as being not manufactured or authorized by Daimler, its subsidiaries, or licensees.

57.     The following OE Accused Products embody the design of the 'D437 Patent, as demonstrated by the pictures on the corresponding direct webpages of the OE Wheels Website and representative view of the claimed design:

| **OE Accused Product** | **'D437 Patent** |
|---|---|
|  | |
| Silver 7.5-AMG Wheel (*see* Ex. 23k) | |



| **OE Accused Product** | **'D437 Patent** |
|---|---|
| Silver 9-AMG Wheel (*see* Ex. 23l) | FIG. 2 |
| Silver 8-AMG Wheel (*see* Ex. 23n) | FIG. 2 |
| Chrome 17-AMG Wheel (*see* Ex. 23m) | FIG. 2 |



| **OE Accused Product** | **'D437 Patent** |
|---|---|
| Chrome 9-AMG Wheel (*see* Ex. 23o) | FIG. 2 |

58.     The following OE Accused Product embodies the design of the 'D207 Patent, as demonstrated by the pictures on the corresponding direct webpage of the OE Wheels Website and representative view of the claimed design:



| **OE Accused Product** | **'D207 Patent** |
|---|---|
| Silver GL Wheel (*see* Ex. 23s) | FIG. 3 <br> D562,207 |

59.     The following OE Accused Product embodies the design of the 'D904 Patent, as demonstrated by the pictures on the corresponding direct webpage of the OE Wheels Website and

representative view of the claimed design:



| **OE Accused Product** | **'D904 Patent** |
|---|---|
| Silver E300 Wheel (*see* Ex. 23t) | FIG. 2 |

60.   The 19-CLS Wheel embodies the design of the 'D330 Patent, as demonstrated by the photographs of a purchased 19-CLS Wheel, attached hereto as **Exhibit 26**, as well as pictures on the corresponding direct webpage of the OE Wheels Website (*see* Ex. 23a) and eBay listings (*see* Exs. 24a and 24b).

61.   The following OE Accused Products also embody the design of the 'D330 Patent, as demonstrated by the pictures on the corresponding direct webpages of the OE Wheels Website and representative view of the claimed design:



| **OE Accused Product** | **'D330 Patent** |
|---|---|
| PVD 8.5-CLS Wheel (*see* Ex. 23v) | FIG. 2 |
| PVD 9.5-CLS Wheel (*see* Ex. 23w) | FIG. 2 |

62.   The following OE Accused Products embody the design of the 'D726 Patent, as demonstrated by the pictures on the corresponding direct webpages of the OE Wheels Website and representative view of the claimed design:



| **OE Accused Product** | **'D726 Patent** |
|:---:|:---:|
| Silver 17-AMG Wheel (*see* Ex. 23y) | FIG. 2 |
| Silver 8.5-AMG Wheel (*see* Ex. 23z) | FIG. 2 |
| Silver 9.5-AMG Wheel (*see* Ex. 23aa) | FIG. 2 |

| OE Accused Product | 'D726 Patent |
|---|---|



Second Gunmetal 17-AMG Wheel
(*see* Ex. 23bb)

FIG. 2

Second Gunmetal 9.5-AMG Wheel
(*see* Ex. 23cc)

FIG. 2

Second Gunmetal 8.5-AMG Wheel
(*see* Ex. 23dd)

FIG. 2



| **OE Accused Product** | **'D726 Patent** |
|---|---|
| Third Gunmetal 8.5-AMG Wheel (*see* Ex. 23ee) | FIG. 2 |
| Third Gunmetal 9.5-AMG Wheel (*see* Ex. 23ff) | FIG. 2 |
| Fourth Gunmetal 9.5-AMG Wheel (*see* Ex. 23gg) | FIG. 2 |

63.    The  19-S Class Wheel embodies the design of the 'D760 Patent, as demonstrated by the photographs of a purchased 19-S Wheel, attached hereto as **Exhibit 27**, as well as pictures on the corresponding direct webpage of the OE Wheels Website (*see* Ex. 23b).

64.    The following OE Accused Products also embody the design of the 'D760 Patent, as demonstrated by the pictures on the corresponding direct webpages of the OE Wheels Website and representative view of the claimed design:



| **OE Accused Product** | **'D760 Patent** |
| --- | --- |
| Fifth Gunmetal 9.5-AMG Wheel (*see* Ex. 23hh) | FIG. 2 |
| Gunmetal 9.5-S Class Wheel (*see* Ex. 23ii). | FIG. 2 |



| OE Accused Product | 'D760 Patent |
|---|---|
| PVD 9.5-S Class Wheel *(see* Ex. 23kk) | FIG. 2 |
| PVD 19-S Class Wheel *(see* Ex. 23jj) | FIG. 2 |

65.     Based on Defendants' repeated invocations of the DAIMLER Marks in the product descriptions and pictures of the OE Accused Products on the OE Wheels Website and in the Defendants' eBay listings, Defendants are using marks in association with the OE Accused Products that are confusingly similar to, identical to, and/or constitute counterfeit reproductions of, the DAIMLER Marks. Such use in commerce by Defendants serves to undermine Daimler's exclusive rights in the DAIMLER Marks and confuse the consuming public, allowing Defendants to profit at Daimler's expense.

66.     Based on webpages of the OE Wheels Website and Defendants' eBay listings advertising, offering for sale, and selling the OE Accused Products, the appearance of the Purchased Products (*see* Exs. 30 and 31), and packaging of each of a purchased 19-CLS Wheel and the purchased 19-S Class Wheels, shown in photographs respectively attached hereto as **Exhibits 28a and 28b**, Defendants are manufacturing, offering for sale, selling, and/or importing in the U.S., unauthorized products that bear a substantially similar design to one of the DAIMLER Patents.

67.     Defendants' conduct as alleged herein began long after Daimler's adoption and use of the DAIMLER Marks and DAIMLER Patents, after Daimler obtained the trademark and patent registrations alleged above, and after the DAIMLER Marks became famous.

68.     Pursuant to 35 U.S.C. § 287, this Complaint provides the Defendants with actual notice of the DAIMLER Patents.

69.     Defendants have actual knowledge of Daimler's use of and rights in the DAIMLER Marks and/or DAIMLER Patents.

70.     Neither Daimler nor any authorized agent of Daimler has consented to Defendants' use of the DAIMLER Marks or DAIMLER Patents in the manner alleged herein.

71.     Defendants' conduct as alleged herein has been willful, wanton, and in bad faith, and with the intent to dilute the DAIMLER Marks, and to cause confusion and mistake, and to deceive the consuming public and the public at large as to the course, sponsorship and/or affiliation of Defendants, and/or Defendants' counterfeit and unauthorized goods.  By their wrongful conduct, Defendants have traded upon and diminished Daimler's goodwill.

72.     Daimler lacks any control over the wheels that are manufactured, reproduced, offered for sale, sold and distributed by or on behalf of Defendants, although Defendants sell such

wheels in association with the DAIMLER Marks. Accordingly, Daimler has no control over the quality of such wheels, and whether such wheels have the potential to cause injury to persons who drive automobiles utilizing such wheels and to other persons and property nearby.

73.     As a result of the Defendants' unlawful infringing activities, Daimler has suffered irreparable harm, and, unless Defendants are enjoined by this Court, will continue to suffer irreparable harm for which there is no adequate remedy at law.

## COUNT I
### Federal Trademark Infringement and Counterfeiting
### (Lanham Act Sections 32(1) & 35, 15 U.S.C. §§ 1114(1) & 1117)

74.     Daimler realleges and incorporates herein by reference the allegations set forth above.

75.     Defendants' use of the registered DAIMLER Marks in connection with automotive wheels, including the OE Accused Products, is likely to cause confusion, cause mistake, or deceive customers as to the source or sponsorship of Defendants' products, such that Defendants' actions constitute infringement of the registered DAIMLER Marks.

76.     Defendants' advertisements, offers for sale, and sales, through the OE Wheels Website and eBay listings under the seller names "oewheelsllc" and "wheel1x," using marks and/or designations that are identical or substantially the same as the DAIMLER Marks for products that are not affiliated with, sponsored by, or authorized by Daimler, constitutes trademark counterfeiting.

77.     Defendants' actions as alleged herein constitute use in commerce of reproductions, copies, or colorable imitations of the registered DAIMLER Marks in connection with the sale, offering for sale, distribution and advertising of goods and services in violation of 15 U.S.C. § 1114(1).

78.     Defendants' actions as alleged herein have been deliberate, willful, and intentional, with full knowledge and in conscious disregard of Daimler's rights in the registered DAIMLER Marks with intent to trade off Daimler's vast goodwill in its marks.

79.     As a direct and proximate result of Defendants' conduct as alleged herein, Daimler has suffered and will continue to suffer great damage to its business, goodwill, reputation and profits, while Defendants profit at its expense.

80.     Daimler has suffered irreparable harm and has no adequate remedy at law from the harm caused by Defendants' use of counterfeit marks in the advertisement, offer for sale, and/or sale of automotive wheels.  Unless Defendants are permanently enjoined by the Court, Daimler will continue to suffer irreparable harm.

81.     Defendants' continued and knowing use of the registered DAIMLER Marks without Daimler's consent or authorization as alleged herein constitutes intentional infringement of Daimler's federally registered trademarks in violation of Section 32 of the Lanham Act, 15 U.S.C. §1114.  Based on such conduct Daimler is entitled to injunctive relief as well as monetary damages, and other remedies provided by 15 U.S.C. § 1117, including Defendants' profits, treble damages, reasonable attorneys' fees, costs, statutory damages and/or prejudgment interest.

82.     Each and every separate act of federal trademark infringement by Defendants constitutes a separate claim herewith.

## COUNT II
### Federal Unfair Competition and False Designation of Origin
### (Lanham Act Section 43(a), 15 U.S.C. § 1125(a))

83.     Daimler realleges and incorporates herein by reference the allegations set forth above.

84.     Defendants' unauthorized use of the DAIMLER Marks in connection with the

advertisement, offer for sale, and/or sale of the OE Accused Products falsely designates, describes or represents the OE Accused Products, and is likely to cause confusion, mistake, and deception as to the affiliation, connection, or association of the OE Accused Products with Daimler, or as to the sponsorship or approval of said products by Daimler.

85.    Defendants' actions as alleged herein have diminished the goodwill in the DAIMLER Marks, which Daimler has built up at great labor and expense.

86.    Defendants' actions as alleged herein constitute unfair competition and false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

87.    Defendants' actions as alleged herein with respect to the DAIMLER Marks have caused and will continue to cause Daimler to suffer economic harm and/or are likely to result in unjust enrichment to Defendants.

88.    Defendants' actions as alleged herein with respect to the DAIMLER Marks have been deliberate, willful, and intentional, with full knowledge and in conscious disregard of Daimler's rights in its marks.

89.    As a result of the foregoing alleged actions of the Defendants, Daimler has been injured and damaged.  Unless the foregoing alleged actions by the Defendants are enjoined, Daimler will continue to suffer injury and damage.

**COUNT III**
**<u>Trademark Dilution</u>**
**(Lanham Act Section 43(c), 15 U.S.C. § 1125(c))**

90.    Daimler realleges and incorporates by reference the allegations set forth above.

91.    The DAIMLER Marks are distinctive and famous, and have been since prior to Defendants' unauthorized uses thereof.

92.    The DAIMLER Marks have powerful consumer associations such that even non-

competing uses can impinge on their value.

93.     Defendants' activities as alleged herein have diluted the distinctive quality of the DAIMLER Marks in violation of 15 U.S.C. § 1125(c).

94.     Defendants willfully intended to trade on Daimler's reputation and/or cause dilution of the DAIMLER Marks, entitling Daimler to damages, extraordinary damages, fees and costs pursuant to 15 U.S.C. § 1125(c)(2).

95.     Defendants' acts have caused and will continue to cause Daimler irreparable harm. Daimler has no adequate remedy at law to compensate it fully for the damages that have been caused and which will continue to be caused by Defendants' unlawful acts, unless enjoined by this Court.

96.     Each and every separate act of trademark dilution by Defendants constitutes a separate claim herewith.

**COUNT IV**
**Trademark Dilution**
**(Sections 495.141, 495.151, Florida Statutes)**

97.     Daimler realleges and incorporates herein by reference the allegations set forth above.

98.     By Daimler extensively and continuously promoting and commercially using the DAIMLER Marks in the U.S. and throughout the world, the DAIMLER Marks have become famous and distinctive and well-known marks symbolizing Daimler's goods and services and the goodwill associated therewith.   The DAIMLER Marks are specifically famous in the State of Florida.

99.     Defendants' use in commerce of the DAIMLER Marks as alleged herein after such marks became famous has caused and/or is likely to cause dilution by blurring and/or tarnishment.

100.    Defendants' actions as alleged herein have eroded the public's exclusive identification of the DAIMLER Marks with Daimler, and otherwise lessened the capacity of such marks to distinguish Daimler's goods and services and the goodwill associated therewith. Defendants' use and actions as alleged herein will further cause dilution in Florida and elsewhere of the distinctive quality of the famous DAIMLER Marks.

101.    Defendants have used and continued to use the DAIMLER Marks, thereby causing dilution of the distinctive quality of these marks in violation of § 495.151, Fla. Stat.  Defendants' actions as alleged herein have caused and/or are likely to cause, unless enjoined by this Court, dilution by blurring and/or tarnishment by impairing the distinctiveness of and/or harming the reputation of the DAIMLER Marks, public deception in the marketplace, and injury to Daimler's goodwill and reputation as symbolized by the DAIMLER Marks, for which Daimler has no adequate remedy at law.

102.    Defendants' actions as alleged herein demonstrate an intentional, willful, and malicious intent to trade on Daimler's goodwill and reputation associated with the DAIMLER Marks and/or to cause dilution of the famous marks stated herein, thereby causing immediate, substantial, and irreparable injury to Daimler. Daimler seeks both injunctive relief under § 495.151(2), Fla. Stat., as well as all other available relief under § 495.141, Fla. Stat., including but not limited to: An injunction to restrain any manufacture, use, display, or sale of any of the DAIMLER Marks; any and all profits derived by Defendants from any manufacture, use, display, or sale of any of the DAIMLER Marks, and/or any other actual damages occurred; all costs and attorneys' fees incurred in connection with the investigation, prosecution, and enforcement of this action; three times, or treble, the amount of any actual damages; and any further amounts or judgments the Court deems just and appropriate under the circumstances of this case.

103.     Daimler further requests the Court order that any such counterfeits or imitations in the possession, custody, or control of any Defendant be delivered to an officer of this Court, or to Daimler and its counsel, to be destroyed, as allowed under §495.141, Fla. Stat.

## COUNT V
### Violations of Florida Deceptive and Unfair Trade Practices Act
### (Sections 501.204, 501.211, Florida Statutes)

104.     Daimler realleges and incorporates herein by reference the allegations set forth above.

105.     Defendants have engaged in unfair methods of competition, unconscionable acts or practices, and unfair or deceptive acts or practices in the conduct of trade and commerce in the State of Florida and throughout the United States.

106.     Defendants' use of the DAIMLER Marks as alleged herein, without the authorization or consent of Daimler, on or in connection with Defendants' goods or services or any container for goods, and their false and misleading representations of fact concerning Daimler's warranting, approval of, and supply of genuine original equipment ("O.E.") components, and use of Daimler's approved manufacturing processes with respect to Defendants' goods constitutes unfair and deceptive trade practices under § 501.204, Fla. Stat.

107.     Defendants' actions as alleged herein constitute false designation of origin, false or misleading descriptions of fact, and false or misleading representation of fact, which has caused, and continues to cause, a likelihood of confusion, mistake or deception that Defendants and their goods, services and commercial activities are affiliated with, sponsored by, or associated with, or otherwise approved by Daimler, which they are not.

108.     Daimler has been aggrieved by the violations of § 501.204, Fla. Stat. in that Daimler has suffered damages, including injury to Daimler's goodwill and reputation as

symbolized by the DAIMLER Marks, for which Daimler has no adequate remedy at law.

109.   Daimler is entitled to injunctive relief pursuant to § 501.211(1), Fla. Stat. to enjoin Defendants from violating this section and from further engaging in prohibited acts.

110.   Daimler is entitled to costs and attorneys' fees incurred in relation to the investigation, prosecution, and enforcement of this action under § 501.2105(1), Fla. Stat.

## COUNT VI
### Common Law Unfair Competition/Trademark Infringement
**(Common Law of Florida)**

111.   Daimler realleges and incorporates by reference the allegations set forth above.

112.   Defendants' actions as alleged herein with respect to the DAIMLER Marks constitute trademark infringement and unfair competition in violation of the common law of the State of Florida.

113.   Defendants' actions as alleged herein with respect to the DAIMLER Marks has caused, is causing and, unless enjoined by this Court, will continue to cause confusion and mistake in the marketplace and deception of the trade and public as to the source, origin, or sponsorship of the OE Accused Products.

114.   Defendants' actions with respect to the DAIMLER Marks have caused and, unless restrained by this Court, will continue to cause, serious and irreparable damage to Daimler, including within this state, for which Daimler is entitled to relief under the common law.

115.   As a result of the foregoing actions of Defendants, Daimler has been irreparably injured. Unless the foregoing alleged actions by Defendants are enjoined, Daimler will continue to suffer such injury.

## COUNT VII
## Design Patent Infringement
### (35 U.S.C. § 1 *et seq.*)

116.     Daimler realleges and incorporates herein by reference the allegations set forth above.

117.     The OE Accused Products bear designs that are substantially the same as the ornamental designs claimed in the DAIMLER Patents.

118.     Defendants have manufactured, offered for sale, sold, and/or imported into the United States, automotive wheels including the OE Accused products, in violation of Daimler's exclusive rights to the DAIMLER Patents.

119.     By their conduct as alleged herein, Defendants have infringed, and continue to, directly infringe the DAIMLER Patents.  As a direct and proximate result of Defendants' conduct as alleged herein, Daimler has suffered and will continue to suffer great damage to the DAIMLER Patents, business, goodwill, reputation and profits, while Defendants profit at Daimler's expense.

120.     Daimler has suffered irreparable harm and has no adequate remedy at law from the harm caused by Defendants' infringement as alleged herein.  Unless Defendants are permanently enjoined by the Court, Daimler will continue to suffer irreparable harm.

121.     Each and every separate act of patent infringement by Defendants as alleged herein constitutes a separate claim.

## PRAYER FOR RELIEF

WHEREFORE, Daimler respectfully requests entry of a judgment granting relief against the Defendants as follows:

1.     Grant of a permanent injunction pursuant to 35 U.S.C.  § 283, enjoining Defendants, their officers, subsidiaries, parents, divisions, agents, servants, employees and

attorneys, and those persons in active concert or participation with them, or any of them, from:

(A)    using or authorizing others to use the DAIMLER Marks or any simulation, reproduction, counterfeit, copy, or colorable imitation thereof in connection with the offering for sale, sale, advertising, promotion, marketing, distribution, importation or dissemination of any product or service;

(B)    using or authorizing others to use any false designation of origin or any other thing that is calculated or likely to cause confusion or mistake in the mind of the trade or public or to deceive the trade or public into believing that Defendants' business, services and/or products are in any way associated or affiliated with or related to Daimler;

(C)    copying, reproducing, distributing, transforming into a different medium, or using to create derivative works from, Daimler's original works of authorship, or otherwise infringing the DAIMLER Patents;

(D)    any and all other conduct that violates Daimler's intellectual property rights under either federal or Florida state law;

2.    Entry of a judgment that Defendants willfully infringed the DAIMLER Marks, and used one or more counterfeit marks in connection with the sale, offering for sale, or distribution of goods or services;

3.    Entry of an order directing Defendants to account to Daimler for any and all profits derived by Defendants from its counterfeiting, trademark and copyright infringement, false advertising, unfair competition, and passing off perpetrated in violation of Daimler's Intellectual Property rights as set forth herein, and further requiring that Defendants disgorge and return or pay their ill-gotten gains obtained from all the illegal transactions entered into and/or

pay restitution, including the amount of monies that should have been paid if Defendants complied with their legal obligations, or as equity requires;

4.      Entry of an order to impose an asset freeze or constructive trust over all monies and profits in Defendants' possession which rightfully belong to Daimler;

5.      Entry of a judgment awarding Daimler all damages sustained as a consequence of Defendants' misconduct as described herein, in accordance with 15 U.S.C. §§ 1117(a) and (b);

6.      Entry of a judgment awarding to Daimler, Defendants' profits and Daimler's damages in a amount to be proven at trial for trademark dilution under 15 U.S.C. §1125(c);

7.      In the alternative to actual damages and profits, entry of a judgment awarding Daimler statutory damages of $2,000,000 per counterfeit mark per type of goods or services sold, offered for sale, or distributed, pursuant to 15 U.S.C. § 1117(c); which, given Defendants' use of counterfeits of at least 14 distinct federally registered trademarks owned by Daimler, as further alleged herein, amounts to statutory damages at least as high as $28,000,000;

8.      Entry of a judgment awarding Daimler damages sustained as a consequence of Defendants' misconduct, as described herein, in accordance with 35 U.S. C. § 284 or 289, as appropriate, including Defendants' total profits on sales of products in which a component infringes one or more of the Daimler Design Patents, consistent with 35 U.S.C. § 289;

9.      Entry of a judgment awarding Daimler reasonable attorneys' fees pursuant to 15 U.S.C. §§ 1117(a) and (b), and under § 501.2105(1), Fla. Stat.

10.     Entry of a judgment awarding Daimler damages sustained as a consequence of Defendants' common law unfair competition to be proven at trial;

11.     Entry of a judgment awarding Daimler pre-judgment and post-judgment interest;

12.     Entry of an order directing Defendants to deliver for destruction all products,

merchandise, labels, stickers, tags, signs, prints, wrappers, packaging, literature, advertising and all other materials bearing any of the DAIMLER Marks, any variant thereof or confusingly similar thereto, and all plates, molds, matrices and other means for making the same, pursuant to 15 U.S.C. § 1118;

13.     Entry of an order requiring Defendants to file with this Court and serve on Daimler within thirty (30) days after the service of the injunction entered in this action a report, in writing, under oath, setting forth in detail the manner and form in which Defendants have complied with the injunction, pursuant to 15 U.S.C. § 1116(a);

14.     Entry of a judgment awarding Daimler all its costs and disbursements in this action; and

15.     Such other and further relief as this Court may deem just and proper.


DATED: April 7, 2016

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, PLC**

Lee J. Harang (FBN: 20943)
Nicole M. Fluet (FBN: 91077)
400 N. Ashley Drive
Suite 1000
Tampa, FL 33602
Tel: (813) 977-1200
Fax: (813) 977-1288
Tampaservice@gallowayjohnson.com
LHarang@gallowayjohnson.com
NFluet@gallowayjohnson.com
*Counsel for Plaintiff Daimler AG*