AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| DAIMLER AG | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 8:16 cv 883 T 23MAP |
| O.E. WHEEL DISTRIBUTORS, LLC; OE RACING | ) | |
| LLC; JAMES E. MOORE; and LANCE BULLOCK | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  O.E. WHEEL DISTRIBUTORS, LLC
c/o James E. Moore, Registered Agent
1916 72nd Drive East, Sarasota, Florida 34243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Nicole M. Fluet & Lee Harang
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC
400 N. Ashley Drive, Suite 1000, Tampa, FL 33602

Shauna Wertheim, Timothy Johnson & Joanna Cohn, THE MARBURY LAW GROUP, PLLC, 11800 Sunrise Valley Drive, 15th Floor, Reston, VA 20191

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: APR 1 2 2016

*Signature of Clerk or Deputy Clerk*